**Order entered August 28, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00631-CR

**ROYCE THOMPSON JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-61533-W**

## ORDER

Upon review of the record, we note that none of the boxes is checked on the trial court's certification of appellant's right to appeal. Additionally, in his brief, appellant raises an issue related to the costs assessed against him. While the record contains a cost bill itemizing the costs, the document is not signed by the officer who charged the cost or the officer who is entitled to receive payment for the costs.

Accordingly, we **ORDER** the trial court to prepare, within **FIFTEEN DAYS** of the date of this order, a completed certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **ORDER** the Dallas County District Clerk to file, within **TWENTY-ONE DAYS** of the date of this order, a supplemental clerk's record containing the following:

(1) a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bill shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's record include a document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee; and

(2) the trial court's completed certification of appellant's right to appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: (1) the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/ DAVID EVANS
   JUSTICE